UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN A. O'BRIEN,<br><br>  Petitioner,<br><br> v.<br><br>LELAND McEWEN,<br><br>  Respondent. | No.  2:10-cv-2472 MCE CKD P<br><br><br><br>ORDER |

In light of the United States Court of Appeals for the Ninth Circuit's order remanding this action for an evidentiary hearing on petitioner's ineffective assistance claim (ECF No. 37), the court will set a status conference on October 7, 2015.  Counsel for the parties should be prepared to discuss the scope of the evidentiary hearing, what if any discovery is required, evidentiary and scheduling issues, and any other pertinent matters.

Accordingly, IT IS HEREBY ORDERED that a status conference in this matter is set for October 7, 2015 at 10:00 a.m. in Courtroom 24 before the Honorable Carolyn K. Delaney.

Dated:  September 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / obri2472.status