UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN A. O'BRIEN,<br><br>           Petitioner,<br><br>     v.<br><br>LELAND McEWEN,<br><br>           Respondent. | No. 2:10-cv-2472 MCE CKD P<br><br><br>ORDER |

    Having reviewed the parties' joint status report and petitioner's witness list (ECF Nos. 57 & 59), the undersigned will set this matter for evidentiary hearing on petitioner's ineffective assistance claims. At that time, the court will set a schedule for post-hearing briefing. The parties may bring all witnesses named in the status report and witness list, respectively.

    Accordingly, IT IS HEREBY ORDERED THAT an evidentiary hearing on petitioner's ineffective assistance claims is scheduled for January 17, 18 and 19, 2017 at 9:00 a.m. in Courtroom 24 before the Honorable Carolyn K. Delaney. A writ ad testificandum to obtain petitioner's presence at the hearing will be issued by separate order.

Dated: October 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / obri2472.eh(2)

1