LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104
Email: tedmonlaw@comcast.net

Attorney for Petitioner
SEAN ALAN O'BRIEN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ALAN O'BRIEN,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>LELAND McEWEN,<br><br>　　　　　Respondent. | CASE NO. 2:10-cv-2472 MCE CKD P<br><br>**SCOTT L. TEDMON'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER SEAN ALAN O'BRIEN; ORDER** |

　　　I, Scott L. Tedmon, hereby provide this Motion to Withdraw as attorney of record for Petitioner Sean Alan O'Brien.  I have recently been appointed by Governor Brown to the Sacramento County Superior Court and will no longer be able to represent Petitioner Sean Alan O'Brien.  Co-counsel David A. Nickerson will continue to represent Petitioner Sean Alan O'Brien in this case.

DATED:   January 18, 2017　　　　　　　　　/s/ Scott L. Tedmon
　　　　　　　　　　　　　　　　　　　　　　　SCOTT L. TEDMON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner
　　　　　　　　　　　　　　　　　　　　　　　Sean Alan O'Brien

# ORDER

GOOD CAUSE APPEARING, Scott L. Tedmon's Motion to Withdraw as attorney of record for Petitioner Sean Alan O'Brien is GRANTED. The record shall reflect that Scott L. Tedmon no longer represents Petitioner Sean Alan O'Brien in this case. The record shall reflect that co-counsel David A. Nickerson continues to represent Petitioner Sean Alan O'Brien in this case.

**IT IS SO ORDERED.**

Dated:  January 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE