IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SEAN ALAN O'BRIEN,**

                     Petitioner,

    v.

**LELAND McEWEN, Warden,**

                     Respondent.

Case No. 2:10-cv-2472 MCE CKD

**ORDER**

    Respondent has moved for a 20-day enlargement of time within which to file a response to the post-hearing briefing in this matter.

    GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the petition shall be filed on or before August 10, 2017.

Dated: July 21, 2017

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE