UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN A. O'BRIEN, | No. 2:10-cv-2472 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| LELAND McEWEN, Warden, | |
| Respondent. | |

On January 17 and 18, 2017, following an order of remand by the Ninth Circuit Court of Appeals, an evidentiary hearing was held before the magistrate judge assigned to this federal habeas action. The parties subsequently filed post-hearing briefs.

On October 30, 2019, the magistrate judge filed findings and recommendations based on the evidence adduced at hearing. Petitioner has filed objections to the findings and recommendations, and respondent has filed a response. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1    Accordingly, IT IS HEREBY ORDERED that petitioner's application for a writ of habeas
2 corpus is DENIED.
3    IT IS SO ORDERED.
4 Dated: October 5, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE