# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ALAN O'BRIEN, | No. 2:10-cv-02472-MCE-CKD |
| Petitioner, | |
| v. | ORDER |
| LELAND MCEWEN, | |
| Respondent. | |

On October 16, 2020, this case was remanded by the Ninth Circuit Court of Appeal for the limited purpose of granting or denying a certificate of appealability following the denial of petitioner's federal habeas corpus application.

Accordingly, IT IS HEREBY ORDERED that the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Dated: November 5, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1